| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| JOSELINA MEDRANO, SBN 165951<br>Law Offices of Gregory C. Ashcraft, APC<br>dba: The Ashcraft Firm<br>29970 Technology Drive, Suite 217<br>Murrieta, CA 92563<br>Tel. 951-304-3431<br>Fax 951-304-0941<br>firm@ashcraftfirm.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**                [

| In re:<br><br>LOUIS N. SAPANARO<br><br>SANDRA K. SAPANARO,<br><br><br><br><br><br><br>                                                    Debtor(s). | CASE NUMBER: 6:21-bk-14369-MH<br>CHAPTER: 7<br><br><br>**DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**<br><br><br>[No hearing required unless requested under LBR 9013-1(o)] |
|---|---|

| **Creditor Name:**<br>FIRST NATIONAL BANK OF OMAHA |
|---|

**TO THE CREDITOR, ATTORNEY FOR CREDITOR AND OTHER INTERESTED PARTIES:**

1. **NOTICE IS HEREBY GIVEN** that Debtor moves this court for an order, pursuant to LBR 9013-1(o) upon notice of opportunity to request a hearing (*i.e.*, without a hearing unless requested), avoiding a lien on the grounds set forth below.

2. **Deadline for Opposition Papers:**
   Pursuant to LBR 9013-1(o), any party opposing the motion may file and serve a written opposition and request a hearing on this motion. If you fail to file a written response within 14 days of the date of service of this notice of motion and motion, plus an additional 3 days unless this notice of motion and motion was served by personal delivery or posting as described in Federal Rules of Civil Procedure 5(b)(2)(A)-(B), the court may treat such failure as a waiver of your right to oppose this motion and may grant the requested relief.

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3. **Type of Case:**

   a. ☒ A voluntary petition under Chapter ☒ 7 ☐ 11 ☐ 12 ☐ 13 was filed on: _08/13/2021_

   b. ☐ An involuntary petition under Chapter ☐ 7 ☐ 11 was filed on: _____

   ☐ An order of relief under Chapter ☐ 7 ☐ 11 was entered on: _____

   c. ☐ An order of conversion to Chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13 was entered on: _____

   d. ☐ Other:

4. **Procedural Status:**

   a. ☒ Name of Trustee appointed (if any): KARL T. ANDERSON _____

   b. ☐ Name of Attorney for Trustee (if any): _____

5. Debtor claims an exemption in the subject real property under:

   a. ☒ California Code of Civil Procedure § _704.730_____ (Homestead): Exemption amount claimed on
   schedules: $ _487,000.00_____

   b. ☐ California Code of Civil Procedure § _____ Exemption amount claimed on
   schedules: $ _____

   c. ☐ Other statute (specify): _____

6. Debtor's entitlement to an exemption is impaired by a judicial lien, the details of the lien are as follows:

   a. Date of entry of judgment (specify): _08/05/2010_____
   b. Case name (specify): FIRST NATIONAL BANK OF OMAHA v. LOUIS SAPANARO _____
   c. Name of court: Superior Court of California- Riverside _____
   d. Docket number (specify): __HEC032969____
   e. Date (specify): _04/05/2021__ and place (specify) Riverside County Recorder _____
   of recordation of lien
   f. Recorder's instrument number (specify): 2021-0212097 _____

7. The property claimed to be exempt is as follows:

   a. Street address, city, county and state, where located, (specify):
   _43257 Babcock Avenue, Hemet, CA 92544_

   b. Legal description (specify): See attached Exhibit A. _____
   _____  ☒ See attached page

8. Debtor acquired the property claimed as exempt on the following date (specify): _05/16/2019_____

9. Debtor alleges that the fair market value of the property claimed exempt is: $ _380,000.00_____

10. The subject property is encumbered with the following liens (list mortgages and other liens in order of priority and place
an "X" as to the lien to be avoided by this motion):

| Name of Lienholder | "X" | Date Lien Recorded | Original Lien Amount | Current Lien Amount | Date of Current Lien |
|---|---|---|---|---|---|
| Caliber Home Loans | ☐ | 05/16/2019 | $ 354,358.00 | $ 342,102.03 | 05/16/2019 |
| First National Bank of Omaha | ☒ | 09/09/2010 | $ 20,219.87 | $ 40,528.77 | 04/05/2021 |
| | ☐ | | $ | $ | |
| | ☐ | | $ | $ | |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

11. Debtor attaches copies of the following documents in support of the motion (as appropriate):

   a.   ☒ Schedule C to bankruptcy petition listing all exemptions claimed by Debtor

   b.   ☒ Appraisal of the property

   c.   ☒ Documents showing current balance due as to the liens specified in paragraph 11 above

   d.   ☒ Recorded Abstract of Judgment

   e.   ☐ Recorded Declaration of Homestead (Homestead Exemption)

   f.   ☒ Declaration(s)

   g.   ☒ Other (*specify*):
      Grant Deed with Legal Description of Property; Judgment; Application for and Renewal of Judgment;
      Notice of Renewal of Judgment; Recorded Renewed Abstract of Judgment

12. Total number of attached pages of supporting documentation: _45_

13. Debtor declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct [28 U.S.C. § 1746(1) and (2)].

WHEREFORE, Debtor requests that this court issue an order avoiding Creditor's lien in the form of the **Attachment** to this motion.

Executed on (date): _08/17/21_

Signature of Debtor

Louis N. Sapanaro
Printed name of Debtor

Date: _8/17/2021_

Signature of Attorney for Debtor

Joselina Medrano
Printed name of Attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                      Page 3              **F 4003-2.1.AVOID.LIEN.RP.MOTION**

## ATTACHMENT TO MOTION/ORDER
## (11 U.S.C. § 522(f): AVOIDANCE OF REAL PROPERTY JUDICIAL LIENS)

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer:** <u>FIRST NATIONAL BANK OF OMAHA</u>.

2. **Subject Lien:** Date and place of recordation of lien (*specify*): _____

   <u>9/9/2010, Renewed 4/5/2021; Riverside County Recorder</u>

   Recorder's instrument number or document recording number: <u>2021-0212097</u>.

3. **Collateral:** Street address, city, county and state, where located, legal description and/or map/book/page number, including county of recording:
   <u>43257 Babcock Avenue, Hemet, CA 92544-1706</u>.
   ☐ See attached page.

4. **Secured Claim Amount**
   a. Value of Collateral: ................................................................... $    380,000.00
   b. Amounts of Senior Liens (reducing equity in the property to which the subject lien can attach):
       (1) First lien: ............................................. ($    342,102.03)
       (2) Second lien: ........................................ ($_____)
       (3) Third lien: ........................................... ($_____)
       (4) Additional senior liens (*attach list*): ................... ($_____)
   c. Amount of Debtor's exemption(s): ................................. ($    487,000.00)
   d. Subtotal: ........................................................................... ($    829,102.03)
   e. Secured Claim Amount (negative results should be listed as -$0-): $    0.00
   Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid pro rata with all other nonpriority unsecured claims (in Chapter 13 cases, Class 5A of the Plan).

5. **Lien avoidance:** Debtor's request to avoid the Subject Lien is granted as follows. The fixing of the Subject Lien impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(b). The Subject Lien is not a judicial lien that secures a debt of a kind that is specified in 11 U.S.C. § 523(a)(5) (domestic support obligations). The Subject Lien is void and unenforceable except to the extent of the Secured Claim Amount, if any, listed in paragraph 4.e. above.

☐ See attached page(s) for more liens/provisions.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                    Page 4                    **F 4003-2.1.AVOID.LIEN.RP.MOTION**

# DECLARATION OF DEBTORS

1  Joselina Medrano, SBN 165951
   LAW OFFICES OF GREGORY ASHCRAFT, APC
2  dba: The Ashcraft Firm
   29970 Technology Drive, Suite 217
3  Murrieta, CA  92563
   Tel. 951-304-3431
4  Fax 951-304-0941
   Email: firm@ashcraftfirm.com

5

6

7

8                      UNITED STATES BANKRUPTCY COURT
                        CENTRAL DISTRICT OF CALIFORNIA
9                            RIVERSIDE DIVISION

10

11 In re                               ) Chapter 7
                                       )
12   LOUIS N. SAPANARO                 ) Case No.:  6:21-bk-14369-MH
                                       )
13                                     ) **DECLARATION IN SUPPORT OF**
                                       ) **MOTION TO AVOID JUDICIAL LIEN**
14   SANDRA K. SAPANARO,               ) **OF FIRST NATIONAL BANK OF**
                                       ) **OMAHA UNDER 11 USC §522(f)**
15                                     )
                                       )
16                 Debtor(s).          )
                                       )
17                                     )
                                       )
18                                     )

19  We, Louis N. Sapanaro and Sandra K. Sapanaro, declare that we are the debtors in the within

20  Chapter 7 bankruptcy.  We are competent to testify, have personal knowledge of the facts set

    forth below and, if called upon to testify, we could and would testify as follows:
21
       1.  We filed Chapter 7 bankruptcy, case number 6:21-BK-14369-MH, on August 13, 2021.
22
       2.  Creditor, First National Bank of Omaha recorded a judicial lien in Riverside County on
23
           September 9, 2010, which was renewed and recorded on April 5, 2021.
24
       3.  We became aware of the lien when we recently tried to refinance our mortgage.
25
       4.  The lien of Creditor, First Bank of Omaha, can affect our residence located at 43257
26
           Babcock Avenue, Hemet, CA 92544 because it interferes with an exemption to our
27
           residence to which we are entitled; therefore, we wish to avoid the lien to the extent it
28
           interferes with such exemption.

                                        1

5. Exhibit A is a copy of the Grant Deed which sets forth the legal description of our residence, to which the lien we seek to avoid is attached.

6. Exhibit B is a true and correct copy of Schedule C from our Chapter 7 bankruptcy.

7. Exhibit C is a true and correct copy of an appraisal of the value of our residence as of July 29, 2021. The appraisal was prepared by Babken Azizyan with 1 Day Appraisals, a certified Residential Real Estate Appraiser, License number AL-039186.

8. Exhibit D is a true and correct copy of the Judgment in favor of First National Bank of Omaha, entered August 5, 2010.

9. Exhibit E is a true and correct copy of the Abstract of Judgment in favor of First National Bank of Omaha., recorded in Riverside County on September 9, 2010.

10. Exhibit F is a true and correct copy of the Application for and Renewal of Judgment in favor of First National Bank of Omaha, entered on July 27, 2020.

11. Exhibit G is a true and correct copy of the renewed Abstract of Judgment in favor of First National Bank of Omaha., recorded in Riverside County on April 5, 2021.

12. Exhibit H is a true and correct copy of our current mortgage statement, showing a balance of $342,102.03 on our mortgage loan, serviced by Caliber Home Loans, Inc.

We declare the above to be true and correct under penalty of perjury.

Dated: 8/17/21 _____        _____

LOUIS N. SAPANARO, Debtor

Dated: 8|17|21 _____        _____

SANDRA K. SAPANARO, Debtor

# EXHIBIT A

**DOC # 2019-0172304**
05/16/2019 03:42 PM Fees: $17.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

\*\*This document was electronically submitted
to the County of Riverside for recording\*\*
Receipted by: MARY #420

PLEASE COMPLETE THIS INFORMATION
RECORDING REQUESTED BY:

Chicago Title Company

AND WHEN RECORDED MAIL TO:
AND MAIL TAX STATEMENTS TO:

SANDRA SAPANARO

43257 BABCOCK AVE

HEMET CA 92544

7101903125-cb

Space above this line for recorder's use only

GRANT DEED

Title of Document

**TRA:** 071-024

**DTT:** 381.70

**Exemption reason declared pursuant to Government Code 27388.1**

[✓] This document is a transfer that is subject to the imposition of documentary transfer tax.

[ ] This is a document recorded in connection with a transfer that is subject to the imposition
of documentary transfer tax.
Document reference:_____

[ ] This document is a transfer of real property that is a residential dwelling to an owner-
occupier.

[ ] This is a document recorded in connection with a transfer of real property that is a
residential dwelling to an owner-occupier.
Document reference:_____

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)

ACR 238 (Rev 01/2018)                    Available in Alternate Formats

**RECORDING REQUESTED BY:**
CHICAGO TITLE COMPANY


**WHEN RECORDED MAIL DOCUMENT AND TAX STATEMENT TO:**

SANDRA SAPANARO
43257 BABCOCK AVE.
Hemet, CA 92544


APN: 551-331-008-8
TITLE ORDER NO.: 7101903125
ESCROW NO.: 8209-GM

THIS SPACE FOR RECORDER'S USE ONLY

## GRANT DEED

The undersigned Grantor(s) declare(s) that the **DOCUMENTARY TRANSFER TAX IS: $ 381.70 County**
XX computed on the full value of the interest of property conveyed, or
___ computed on the full value less the value of liens or encumbrances remaining thereon at the time of sale.
___ OR transfer is EXEMPT from tax for the following reason:

**FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, RANDALL W. JONES** and **NANCY D. JONES, HUSBAND AND WIFE, AS JOINT TENANTS**

**HEREBY GRANT(S) to** SANDRA SAPANARO and LOUIS SAPANARO, WIFE AND HUSBAND AS JOINT TENANTS

All that real property situated in the Unincorporated area of Hemet, County of Riverside, State of California, described as:
LOT 64 OF TRACT 13197-1, IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 109, PAGES 70 THROUGH 73, INCLUSIVE, OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA AND AMENDED BY CERTIFICATE OF CORRECTION RECORDED DECEMBER 8, 1981 AS INSTRUMENT NO. 227387 AND JULY 29, 1981 AS INSTRUMENT NO. 143723, BOTH OF OFFICIAL RECORDS.

**Commonly Known As:** 43257 BABCOCK AVENUE, Hemet, CA 92544

April 26, 2019

RANDALL W. JONES

NANCY D. JONES

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document

---

STATE OF CALIFORNIA
COUNTY OF _Riverside_
On _5/7/19_, before me, _Phyllis P. Cook_, a Notary Public
personally appeared _Randall W. Jones and Nancy D. Jones_
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature _Phyllis P. Cook_                    (SEAL)

PHYLLIS P. COOK
Notary Public - California
Riverside County
Commission # 2158301
My Comm. Expires Jul 24, 2020

# EXHIBIT B

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Louis N. Sapanaro** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Sandra K. Sapanaro** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **6:21-bk-14369-MH** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **43257 Babcock Ave. Hemet, CA 92544 Riverside County**<br>Line from *Schedule A/B*: **1.1** | $380,000.00 | ■ $487,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **2010 Hyundai Elantra 109,000 miles**<br>Line from *Schedule A/B*: **3.1** | $4,423.00 | ■ $1,287.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| **Household goods and furnishings.**<br>Line from *Schedule A/B*: **6.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **1 tablet; 1 laptop; 4 cellphones; 3 TVs; 1 printer; 2 Echo Dots.**<br>Line from *Schedule A/B*: **7.1** | $700.00 | ■ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Clothes.**<br>Line from *Schedule A/B*: **11.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor 1 | **Louis N. Sapanaro** | | | |
|---|---|---|---|---|
| Debtor 2 | **Sandra K. Sapanaro** | | | |
| | | | Case number (if known) | **6:21-bk-14369-MH** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Miscellaneous jewelry.**<br>Line from *Schedule A/B*: **12.1** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **Bank of America- checking account.**<br>Line from *Schedule A/B*: **17.1** | $3,396.00 | ■ $3,396.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| **Navy Federal Credit Union- Wife's checking and savings accounts**<br>Line from *Schedule A/B*: **17.2** | $34.00 | ■ $34.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   　　■ No

   　　☐ Yes

# EXHIBIT C

1 Day Home Appraisals
323-707-8188

6051970
File No. Babcock

## APPRAISAL OF



### LOCATED AT:

43257 Babcock Ave
Hemet, CA  92544

### CLIENT:

Sandra & Louis Sapanaro
43257 Babcock Ave
Hemet, CA 92544

### AS OF:

July 29, 2021

### BY:

Babken Azizyan
1 Day Home Appraisal

1 Day Home Appraisals
323-707-8188

6051970
File No. Babcock

July 29, 2021

Sandra & Louis Sapanaro
43257 Babcock Ave
Hemet, CA 92544

File Number:  Babcock

In accordance with your request, I have appraised the real property at:

43257 Babcock Ave
Hemet, CA  92544

The purpose of this appraisal is to develop an opinion of the defined value of the subject property, as improved.
The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the defined value of the property as of   July 29, 2021                              is:

$380,000
Three Hundred Eighty Thousand  Dollars

The attached report contains the description, analysis and supportive data for the conclusions,
final opinion of value, descriptive photographs, assignment conditions and appropriate certifications.

Babken Azizyan
1 Day Home Appraisal

323-707-8188

13728 Proctor Avenue # D, La Puente, CA 91746   323-707-8188

Summary
**Residential Appraisal Report**

6051970
File No. Babcock

The purpose of this appraisal report is to provide the client with a credible opinion of the defined value of the subject property, given the intended use of the appraisal.

| | |
|---|---|
| Client Name/Intended User Sandra & Louis Sapanaro | E-mail N/A |

| | | | |
|---|---|---|---|
| Client Address  43257 Babcock Ave | City Hemet | State CA | Zip 92544 |

Additional Intended User(s) N/A

Intended Use **Bankruptcy**

| | | | |
|---|---|---|---|
| Property Address **43257 Babcock Ave** | City **Hemet** | State CA | Zip 92544 |
| Owner of Public Record **Sandra & Louis Sapanaro** | | County **Riverside** | |

Legal Description **LOT 94 MB 109/070 TR 13197-1**

| | | |
|---|---|---|
| Assessor's Parcel # **551-331-008** | Tax Year **2020** | R.E. Taxes $ **3,987.14** |

| | | |
|---|---|---|
| Neighborhood Name N/A | Map Reference N/A | Census Tract **437.02 / 1** |

Property Rights Appraised  [X] Fee Simple   [ ] Leasehold   [ ] Other (describe)

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

| | | |
|---|---|---|
| Prior Sale/Transfer:  Date N/A | Price N/A | Source(s) **Realist** |

Analysis of prior sale or transfer history of the subject property (and comparable sales, if applicable)   **According to Public Records, MLS, National Data Information, and conversation with owner, to the best of my knowledge the property has not been sold in the last three years.  Comparables have not transferred within the last 12 months.**

Offerings, options and contracts as of the effective date of the appraisal   **N/A**

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location [ ] Urban [X] Suburban [ ] Rural | | | Property Values [ ] Increasing [X] Stable [ ] Declining | | | PRICE $(000) | AGE (yrs) | One-Unit | 70 % |
| Built-Up [X] Over 75% [ ] 25-75% [ ] Under 25% | | | Demand/Supply [ ] Shortage [X] In Balance [ ] Over Supply | | | 365 Low | 16 | 2-4 Unit | 10 % |
| Growth [ ] Rapid [X] Stable [ ] Slow | | | Marketing Time [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | | | 467 High | 56 | Multi-Family | 10 % |
| Neighborhood Boundaries  **The subject neighborhood's boundaries are as follows: NORTH by Cedar Ave, SOUTH by Stetson Ave, EAST by Fairview Ave, and WEST by Park Ave.** | | | | | | 408 Pred. | 36 | Commercial | 5 % |
| | | | | | | | | Other | 5 % |

Neighborhood Description   **The subject is located in the city of Hemet in the county of Riverside, California. The subject is located in an area made up of mostly SFR's reflecting average quality and condition. The area is located proximate to major support services, employment centers, schools, and transportation ways. No adverse factors noted at this time.**

Market Conditions (including support for the above conclusions)   **See Attached Addendum**

| | | | |
|---|---|---|---|
| Dimensions **Rectangular** | Area **7841** | Shape **Rectangle** | View **Residential** |
| Specific Zoning Classification **R1** | | Zoning Description **Single Family Residence Legal** | |

Zoning Compliance  [X] Legal   [ ] Legal Nonconforming (Grandfathered Use)   [ ] No Zoning   [ ] Illegal (describe)

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use?   [X] Yes  [ ] No   If No, describe.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | [ ] | Water | [X] | [ ] | Street **Asphalt** | [X] | [ ] |
| Gas | [X] | [ ] | Sanitary Sewer | [X] | [ ] | Alley **None** | [ ] | [ ] |

Site Comments   **N/A**

| GENERAL DESCRIPTION | | FOUNDATION | | EXTERIOR DESCRIPTION    materials | | INTERIOR    materials | |
|---|---|---|---|---|---|---|---|
| Units [X] One [ ] One w/Acc. unit | | [X] Concrete Slab [ ] Crawl Space | | Foundation Walls **Concrete** | | Floors **Carpet/Tile/Vinyl** | |
| # of Stories **One** | | [ ] Full Basement [ ] Partial Basement | | Exterior Walls **Stucco/Brick** | | Walls **Drywall** | |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | | Basement Area **0.0000** sq. ft. | | Roof Surface **Shingle** | | Trim/Finish **Wood** | |
| [X] Existing [ ] Proposed [ ] Under Const. | | Basement Finish **None** % | | Gutters & Downspouts **Vinyl** | | Bath Floor **Tile/Vinyl** | |
| Design (Style) **Conventional** | | [ ] Outside Entry/Exit [ ] Sump Pump | | Window Type **Alum. Slider** | | Bath Wainscot **Tile/Fiberglass** | |
| Year Built **1980-41 Years** | | Dampness [ ] | | Storm Sash/Insulated **Yes** | | Car Storage [ ] None | |
| Effective Age (Yrs) **20** | | | | Screens **Yes** | | [X] Driveway # of Cars **2** | |
| Attic [ ] None | Heating [X] FWA [ ] HW | [ ] Radiant | | Amenities | [ ] WoodStove(s) # | Driveway Surface | |
| [ ] Drop Stair [ ] Stairs | [X] Other **Central** Fuel **N. Gas** | | | [X] Fireplace(s) # **1** | [X] Fence | [X] Garage # of Cars **2** | |
| [ ] Floor [X] Scuttle | Cooling [X] Central Air Conditioning | | | [ ] Patio/Deck | [X] Porch **Covered** | [ ] Carport # of Cars | |
| [ ] Finished [ ] Heated | [ ] Individual [ ] Other | | | [ ] Pool | [ ] Other | [ ] Att. [ ] Det. [ ] Built-in | |
| Appliances [ ] Refrigerator [ ] Range/Oven | [ ] Dishwasher [X] Disposal [ ] Microwave | | | [ ] Washer/Dryer [X] Other (describe) **Fan/Hood** | | | |

Finished area above grade contains:   **8** Rooms   **4** Bedrooms   **3** Bath(s)   **2,382** Square Feet of Gross Living Area Above Grade

Additional Features   **N/A**

Comments on the Improvements   **The overall property condition appears average/dated. Physical depreciation was determined by the age-life method.  Neither interior nor exterior were in need of repairs and no functional inadequacies were noted.  No deferred maintenance needed at time of inspection.**

Summary
**Residential Appraisal Report**

6051970
File No. Babcock

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| | 43257 Babcock Ave | 43197 Babcock Ave | | 43112 Sampson Ct | | 410 Sutro Ct | |
| Address  Hemet | | Hemet | | Hemet | | Hemet | |
| Proximity to Subject | | 0.05 miles NW | | 0.18 miles NW | | 0.41 miles NW | |
| Sale Price | $ N/A | $ 400,000 | | $ 368,000 | | $ 380,000 | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 168.56 sq. ft. | | $ 160.63 sq. ft. | | $ 130.09 sq. ft. | |
| Data Source(s) | | MLS | | MLS | | MLS | |
| Verification Source(s) | | Realist | | Realist | | Realist | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | NA | Conv/Financing None Noted | | Conv/Financing None Noted | | Conv/Financing None Noted | |
| Date of Sale/Time | NA | 03-18-2021 | | 04-05-2021 | | 05-14-2021 | |
| Location | Residential | Residential | | Residential | | Residential | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 7841 | 8276 | -435 | 8712 | -871 | 7405 | 436 |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Conventional | Conventional | | Conventional | | Conventional | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 41+/- Years | 1980-41 Years | | 1981-40 Years | | 2001-20 Years | |
| Condition | Average/Dated | Average | -20,000 | Average/Dated | | Dated | 25,000 |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 8   4   3 | 8   4   2 | 10,000 | 7   4   2 | 10,000 | 8   4   3 | |
| Gross Living Area 50.00 | 2,382 sq. ft. | 2,373 sq. ft. | 500 | 2,291 sq. ft. | 4,550 | 2,921 sq. ft. | -26,950 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Highest/Best Use | Highest/Best Use | | Highest/Best Use | | Highest/Best Use | |
| Heating/Cooling | Central C/Air | Central | | Central | | Central | |
| Energy Efficient Items | None | None Noted | | None Noted | | None Noted | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | 2 Car Garage | | 3 Car Garage | -5,000 |
| Porch/Patio/Deck | Porch | Porch | | Porch | | Porch | |
| Fireplace | 1 F/P | 1 F/P | | 1 F/P | | 1 F/P | |
| | Fence | Fence | | Fence | | Fence,Pool | -10,000 |
| Net Adjustment (Total) | | [ ]+ [X]- $ | 9,935 | [X]+ [ ]- $ | 13,679 | [ ]+ [X]- $ | 16,514 |
| Adjusted Sale Price of Comparables | | Net Adj. -2.5% Gross Adj. 7.7% $ | 390,065 | Net Adj. 3.7% Gross Adj. 4.2% $ | 381,679 | Net Adj. -4.3% Gross Adj. 17.7% $ | 363,486 |
| Summary of Sales Comparison Approach | See Attached Addendum | | | | | | |

**COST APPROACH TO VALUE**
Site Value Comments   Land value percentage to market value is typical for the area and based on the abstraction method due to the lack of recent land sales.

| [ ] ESTIMATED [ ] REPRODUCTION OR [X] REPLACEMENT COST NEW | OPINION OF SITE VALUE ............................................ = $ | 215,000 |
|---|---|---|
| Source of cost data  Marshall & Swift | Dwelling       2,382 Sq. Ft. @ $ 100.00 ........ = $ | 238,200 |
| Quality rating from cost service      Effective date of cost data | Sq. Ft. @ $ ........ = $ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Improvements | 15,000 |
| Physical Depreciation is based on the Marshall and Swift | Garage/Carport 400  Sq. Ft. @ $ 40.00 ....... = $ | 16,000 |
| Depreciation tables. Based on a life of 70 years and an effective | Total Estimate of Cost-New ......................... = $ | 269,200 |
| age of 20 years, a remaining economic life of 50 years is | Less  50   Physical  Functional  External | |
| estimated. | Depreciation  $107,680 ............................ = $( | 107,680) |
| | Depreciated Cost of Improvements ............................ = $ | 161,520 |
| The cost approach is not required for this type of appraisal. | "As-is" Value of Site Improvements ............................ = $ | 7,500 |
| | INDICATED VALUE BY COST APPROACH ............................ = $ | 384,000 |

**INCOME APPROACH TO VALUE**
Estimated Monthly Market Rent $          NA   X Gross Rent Multiplier          = $          0   Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)   The income approach is excluded, as the area is primarily owner occupied.

Indicated Value by:  Sales Comparison Approach $380,000      Cost Approach (if developed) $N/A      Income Approach (if developed) $N/A

This appraisal is made [X] "as is", [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed [ ] subject to the following:

Based on the scope of work, assumptions, limiting conditions and appraiser's certification, my (our) opinion of the defined value of the real property that is the subject of this report is $  380,000   as of July 29, 2021                , which is the effective date of this appraisal.



Produced using ACI software. 800 234 8727 www.aciweb.com
Page 2 of 4

This form Copyright © 2005-2010 ACI Division of ISO Claims Services, Inc. All Rights Reserved.
(GPAR™) General Purpose Appraisal Report 05/2010
GPAR1004_10 05242010

2 Day Appraisal

Summary
**Residential Appraisal Report**

6051970
File No. Babcock

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| 43257 Babcock Ave | | 43431 Alto Dr | | | | | |
| Address  Hemet | | Hemet | | | | | |
| Proximity to Subject | | 0.70 miles SE | | 0.75 MI SE | | 0.78 MI E | |
| Sale Price | $ N/A | $ 380,000 | | $ 0 | | $ 0 | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 173.52 sq. ft. | | $ 0.00 sq. ft. | | $ 0.00 sq. ft. | |
| Data Source(s) | | MLS | | MLS | | MLS | |
| Verification Source(s) | | Realist | | Realist | | Realist | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | NA | Conv/Financing | | Conv/Financing | | Conv/Financing | |
| Concessions | | None Noted | | None Noted | | None Noted | |
| Date of Sale/Time | NA | 04-08-2021 | | 2020 | | 2020 | |
| Location | Residential | Residential | | Residential | | Residential | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 7841 | 8276 | -435 | | | | |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Conventional | Conventional | | Conventional | | Conventional | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 41+/- Years | 1988-33 Years | | 19- Years | | 19- Years | |
| Condition | Average/Dated | Average/Dated | | Average | | Average | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 8  4  3 | 7  4  3 | | | | | |
| Gross Living Area | 50.00  2,382 sq. ft. | 2,190 sq. ft. | 9,600 | sq. ft. | | sq. ft. | |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Highest/Best Use | Highest/Best Use | | Highest/Best Use | | Highest/Best Use | |
| Heating/Cooling | Central C/Air | Central | | Central | | Central | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | 2 Car Garage | | 2 Car Garage | |
| Porch/Patio/Deck | Porch | Porch | | Porch | | Porch | |
| Fireplace | 1 F/P | 1 F/P | | None | | None | |
| | Fence | Fence | | Fence | | Fence | |
| Net Adjustment (Total) | | ☒ +  ☐ - | $ 9,165 | ☒ +  ☐ - | $ 0 | ☒ +  ☐ - | $ 0 |
| Adjusted Sale Price | | Net Adj.  2.4% | | Net Adj.  0.0% | | Net Adj.  0.0% | |
| of Comparables | | Gross Adj.  2.6% | $ 389,165 | Gross Adj.  0.0% | $ 0 | Gross Adj.  0.0% | $ 0 |

Summary of Sales Comparison Approach   The sales utilized within the area were all considered good comparables located within the city of Hemet, CA. Land areas were adjusted at $1.00 per square foot. Building areas were adjusted at $50.00 per square foot based upon a depreciated building cost. All of the comparables were given equal weight in determining the subject property's market value. Bathrooms and bedrooms adjusted at $10,000 per room. Garages adjusted at $5,000 per door. Fireplaces adjusted at $2,500. Pool adjusted at $10,000. Location adjustments based on matched pair analysis and adjusted according to variation in traffic pattern. All comparables were built in a similar time era and using similar building techniques. Condition adjustments are based on appraisers inspection of subject property and information gathered from Realist/MLS on comparable properties. Adjustments will vary in appraisers estimate to equalize/balance comparable sale properties to subject property condition. Short sale and REO comparable are considered typical for this market/area.  Appraiser did drive by all comparable sales. Some or all comparable photos may be acquired from MLS. MLS photos are a better representation of the condition and design (style) at date/time of sale of the comparables.

Produced using ACI software, 800 234 8727 www.aciweb.com
Additional Comparables

This form Copyright © 2005-2010 ACI Division of ISO Claims Services, Inc., All Rights Reserved
(gPAR™) General Purpose Appraisal Report  05/2010
GPAR1004_10 05/26/2010



Summary
**Residential Appraisal Report**

6051970
File No. Babcock

## Scope of Work, Assumptions and Limiting Conditions

Scope of work is defined in the Uniform Standards of Professional Appraisal Practice as " the type and extent of research and analyses in an assignment." In short, scope of work is simply what the appraiser did and did not do during the course of the assignment. It includes, but is not limited to: the extent to which the property is identified and inspected, the type and extent of data researched, the type and extent of analyses applied to arrive at opinions or conclusions.

The scope of this appraisal and ensuing discussion in this report are specific to the needs of the client, other identified intended users and to the intended use of the report. This report was prepared for the sole and exclusive use of the client and other identified intended users for the identified intended use and its use by any other parties is prohibited. The appraiser is not responsible for unauthorized use of the report.

The appraiser's certification appearing in this appraisal report is subject to the following conditions and to such other specific conditions as are set forth by the appraiser in the report. All extraordinary assumptions and hypothetical conditions are stated in the report and might have affected the assignment results.

1. The appraiser assumes no responsibility for matters of a legal nature affecting the property appraised or title thereto, nor does the appraiser render any opinion as to the title, which is assumed to be good and marketable. The property is appraised as though under responsible ownership.

2. Any sketch in this report may show approximate dimensions and is included only to assist the reader in visualizing the property. The appraiser has made no survey of the property.

3. The appraiser is not required to give testimony or appear in court because of having made the appraisal with reference to the property in question, unless arrangements have been previously made thereto.

4. Neither all, nor any part of the content of this report, copy or other media thereof (including conclusions as to the property value, the identity of the appraiser, professional designations, or the firm with which the appraiser is connected), shall be used for any purposes by anyone but the client and other intended users as are identified in this report, nor shall it be conveyed by anyone to the public through advertising, public relations, news, sales, or other media, without the written consent of the appraiser.

5. The appraiser will not disclose the contents of this appraisal report unless required by applicable law or as specified in the Uniform Standards of Professional Appraisal Practice.

6. Information, estimates, and opinions furnished to the appraiser, and contained in the report, were obtained from sources considered reliable and believed to be true and correct. However, no responsibility for accuracy of such items furnished to the appraiser is assumed by the appraiser.

7. The appraiser assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures, which would render it more or less valuable. The appraiser assumes no responsibility for such conditions, or for engineering or testing, which might be required to discover such factors. This appraisal is not an environmental assessment of the property and should not be considered as such.

8. The appraiser specializes in the valuation of real property and is not a home inspector, building contractor, structural engineer, or similar expert, unless otherwise noted. The appraiser did not conduct the intensive type of field observations of the kind intended to seek and discover property defects. The viewing of the property and any improvements is for purposes of developing an opinion of the defined value of the property, given the intended use of this assignment. Statements regarding condition are based on surface observations only. The appraiser claims no special expertise regarding issues including, but not limited to: foundation settlement, basement moisture problems, wood destroying (or other) insects, pest infestation, radon gas, lead based paint, mold or environmental issues. Unless otherwise indicated, mechanical systems were not activated or tested.

This appraisal report should not be used to disclose the condition of the property as it relates to the presence/absence of defects. The client is invited and encouraged to employ qualified experts to inspect and address areas of concern. If negative conditions are discovered, the opinion of value may be affected.

**Unless otherwise noted, the appraiser assumes the components that constitute the subject property improvement(s) are fundamentally sound and in working order.**

Any viewing of the property by the appraiser was limited to readily observable areas. Unless otherwise noted, attics and crawl space areas were not accessed. The appraiser did not move furniture, floor coverings or other items that may restrict the viewing of the property.

9. Appraisals involving hypothetical conditions related to completion of new construction, repairs or alteration are based on the assumption that such completion, alteration or repairs will be competently performed.

10. Unless the intended use of this appraisal specifically includes issues of property insurance coverage, this appraisal should not be used for such purposes. Reproduction or Replacement cost figures used in the cost approach are for valuation purposes only, given the intended use of the assignment. The Definition of Value used in this assignment is unlikely to be consistent with the definition of Insurable Value for property insurance coverage/use.

**11. The ACI General Purpose Appraisal Report (GPAR™) is not intended for use in transactions that require a Fannie Mae 1004/Freddie Mac 70 form, also known as the Uniform Residential Appraisal Report (URAR).**

**Additional Comments Related To Scope Of Work, Assumptions and Limiting Conditions**



This form Copyright © 2005-2010 ACI Division of ISO Claims Services, Inc., All Rights Reserved
(gPAR™) General Purpose Appraisal Report 05/2010
GPAR1004_10052620010

Summary

**Residential Appraisal Report**

6051970
File No. Babcock

## Appraiser's Certification

The appraiser(s) certifies that, to the best of the appraiser's knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are the appraiser's personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. Unless otherwise stated, the appraiser has no present or prospective interest in the property that is the subject of this report and has no personal interest with respect to the parties involved.

4. The appraiser has no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. The appraiser's engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. The appraiser's compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. The appraiser's analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

8. Unless otherwise noted, the appraiser has made a personal inspection of the property that is the subject of this report.

9. Unless noted below, no one provided significant real property appraisal assistance to the appraiser signing this certification. Significant real property appraisal assistance provided by:

**Additional Certifications:**

---

**Definition of Value:**  ☐ Market Value   ☐ Other Value: _____
**Source of Definition:** _____

---

**ADDRESS OF THE PROPERTY APPRAISED:**
43257 Babcock Ave
Hemet, CA  92544
**EFFECTIVE DATE OF THE APPRAISAL:** July 29, 2021
**APPRAISED VALUE OF THE SUBJECT PROPERTY** $ 380,000

| APPRAISER | SUPERVISORY APPRAISER |
|---|---|
| Signature: | Signature: |
| Name: Babken Azizyan | Name: |
| State Certification # | State Certification # |
| or License #  AL039186 | or License # |
| or Other (describe):          State #: | State: |
| State: CA | Expiration Date of Certification or License: |
| Expiration Date of Certification or License:  06/01/2022 | Date of Signature: |
| Date of Signature and Report:  July 29, 2021 | Date of Property Viewing: |
| Date of Property Viewing: | Degree of property viewing: |
| Degree of property viewing: | ☐ Interior and Exterior  ☐ Exterior Only  ☐ Did not personally view |
| ☐ Interior and Exterior  ☐ Exterior Only  ☐ Did not personally view | |



This form Copyright © 2005-2010 ACI Division of ISO Claims Services, Inc., All Rights Reserved
(gPAR™) General Purpose Appraisal Report  05/2010
GPAR1004_10 05262010

| Client: Sandra & Louis Sapanaro | | File No.: Babcock | |
|---|---|---|---|
| Property Address: 43257 Babcock Ave | | Case No.: 6051970 | |
| City: Hemet | State: CA | | Zip: 92544 |

**Neighborhood Market Conditions**
Generally marketing conditions within the neighborhood are Stable, typical financing exists, predominantly consisting of conventional fixed and ARM's. Marketing time is approximately 1-6 months. Marketing analysis of comparative properties indicate that property values are Stable; according to market data properties are selling within about 10% of listing price with some properties selling at or below asking price. Concessions such as seller paying buyer's non recurring closing costs are not uncommon.  Supply and demand appear to be in balance. No other adverse market conditions noted.

**Comments on Sales Comparison**
The sales utilized within the area were all considered good comparables located within the city of Hemet, CA. Land areas were adjusted at $1.00 per square foot. Building areas were adjusted at $50.00 per square foot based upon a depreciated building cost. All of the comparables were given equal weight in determining the subject property's market value.  Bathrooms and bedrooms adjusted at $10,000 per room. Garages adjusted at $5,000 per door. Fireplaces adjusted at $2,500. Pool adjusted at $10,000. Location adjustments based on matched pair analysis and adjusted according to variation in traffic pattern. All comparables were built in a similar time era and using similar building techniques.  Condition adjustments are based on appraisers inspection of subject property and information gathered from Realist/MLS on comparable properties. Adjustments will vary in appraisers estimate to equalize/balance comparable sale properties to subject property condition. Short sale and REO comparable are considered typical for this market/area.  Appraiser did drive by all comparable sales. Some or all comparable photos may be acquired from MLS.  MLS photos are a better representation of the condition and design (style) at date/time of sale of the comparables.

**Extra Comments**

Digital Signature

Comments on the digital signature
Our appraisals are digitally signed.  This digital signature requires a security
password known only by me, Babken Azizyan.  Copies of the digitally signed appraisal may be delivered electronically; however, no changes can be made by anyone other than me, to any portion of the appraisal, once it has been digitally signed.  The digital signature used on the appraisal is an accurate representation of my signature.

Thank you,

Babken Azizyan
CA license #AL039186

## DIMENSION LIST ADDENDUM

Client: Sandra & Louis Sapanaro
Property Address: 43257 Babcock Ave
City: Hemet                     State: CA

File No.: Babcock
Case No.: 6051970
Zip: 92544

| GROSS BUILDING AREA (GBA) | | | 2,382 |
|---|---|---|---|
| GROSS LIVING AREA (GLA) | | | 2,382 |

| Area(s) | Area | % of GLA | % of GBA |
|---|---|---|---|
| Living | 2,382 | 100.00 | 100.00 |
| Level 1 | 2,382 | 0.00 | 100.00 |
| Level 2 | 0 | 0.00 | 0.00 |
| Level 3 | 0 | 0.00 | 0.00 |
| Other | 306 | 12.85 | 12.85 |
| | | | |
| Basement | 0 | | |
| Garage | 400 | | |

### Area Measurements

| Measurements | | Factor | Total |
|---|---|---|---|
| 33.20 × | 32.00 × | 1.00 = | 1,062.40 |
| 24.80 × | 29.00 × | 1.00 = | 719.20 |
| 30.00 × | 20.00 × | 1.00 = | 600.00 |
| 20.00 × | 20.00 × | 1.00 = | 400.00 |

### Area Type

| | Level 1 | Level 2 | Level 3 | Other | Bsmt. | Garage |
|---|---|---|---|---|---|---|

SUBJECT PROPERTY PHOTO ADDENDUM

| Client: | Sandra & Louis Sapanaro | | File No.: Babcock |
|---|---|---|---|
| Property Address: 43257 Babcock Ave | | | Case No.: 6051970 |
| City: Hemet | | State: CA | Zip: 92544 |



**FRONT VIEW OF
SUBJECT PROPERTY**

Appraised Date: July 29, 2021
Appraised Value: $ 380,000



**REAR VIEW OF
SUBJECT PROPERTY**



**STREET SCENE**

1 Day Home Appraisal

| Client: | Sandra & Louis Sapanaro | | File No.: | Babcock |
|---|---|---|---|---|
| Property Address: | 43257 Babcock Ave | | Case No.: | 6051970 |
| City: Hemet | | State: CA | | Zip: 92544 |



Kitchen



Living Room



Bathroom



Bedroom

COMPARABLE PROPERTY PHOTO ADDENDUM

| | | |
|---|---|---|
| Client: Sandra & Louis Sapanaro | | File No.: Babcock |
| Property Address: 43257 Babcock Ave | | Case No.: 6051970 |
| City: Hemet | State: CA | Zip: 92544 |



**COMPARABLE SALE #1**

43197 Babcock Ave
Hemet
Sale Date: 03-18-2021
Sale Price: $ 400,000



**COMPARABLE SALE #2**

43112 Sampson Ct
Hemet
Sale Date: 04-05-2021
Sale Price: $ 368,000



**COMPARABLE SALE #3**

410 Sutro Ct
Hemet
Sale Date: 05-14-2021
Sale Price: $ 380,000

COMPARABLE PROPERTY PHOTO ADDENDUM

| Client: Sandra & Louis Sapanaro | File No.: Babcock |
| Property Address: 43257 Babcock Ave | Case No.: 6051970 |
| City: Hemet | State: CA | Zip: 92544 |



**COMPARABLE SALE #4**

43431 Alto Dr
Hemet
Sale Date: 04-08-2021
Sale Price: $ 380,000

**COMPARABLE SALE #5**

Sale Date: 2020
Sale Price: $ 0

**COMPARABLE SALE #6**

Sale Date: 2020
Sale Price: $ 0

**FLOORPLAN SKETCH**

| Client: | Sandra & Louis Sapanaro | | File No.: | Babcock |
| Property Address: | 43257 Babcock Ave | | Case No.: | 6051970 |
| City: Hemet | | State: CA | | Zip: 92544 |



**PLAT MAP**

| | |
|---|---|
| Client:  Sandra & Louis Sapanaro | File No.:   Babcock |
| Property Address: 43257 Babcock Ave | Case No.: 6051970 |
| City: Hemet | State: CA        Zip: 92544 |



43257 BABCOCK AVE,  HEMET, CA 92544-1706

## LOCATION MAP

| Client: | Sandra & Louis Sapanaro | | File No.: | Babcock |
|---|---|---|---|---|
| Property Address: 43257 Babcock Ave | | | Case No.: 6051970 | |
| City: Hemet | | State: CA | | Zip: 92544 |



# EXHIBIT D

JUD-100

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT AN ATTORNEY** *(Name, state bar number, and address):*<br>THE DUNNING LAW FIRM<br>Donald T. Dunning, Esq. (#144665)<br>James MacLeod, Esq. (#249145)<br>4545 Murphy Canyon Road, Suite 200, San Diego, CA 92123<br>TELEPHONE NO. 858-974-7600  FAX NO. *(Optional):*  858-974-7601<br>E-MAIL ADDRESS *(Optional)* Ddunning@DunningLaw.com<br>ATTORNEY FOR *(Name):* PLAINTIFF FIRST NATIONAL BANK OF OMAHA | **FOR COURT USE ONLY**<br><br>FILED RWB<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF RIVERSIDE<br><br>AUG 05 2010<br>V. ARVIZU<br><br>AUG 06 2010 |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE**
STREET ADDRESS: 800 NORTH STATE STREET
MAILING ADDRESS:
CITY AND ZIP CODE: HEMET CA 92543
BRANCH NAME:

PLAINTIFF: FIRST NATIONAL BANK OF OMAHA, a National Banking Association
DEFENDANT: LOUIS SAPANARO, an individual

| | | | CASE NUMBER: |
|---|---|---|---|
| **JUDGMENT** | | | HEC032969 |
| ☒ By Clerk  ☐ By Default  ☒ After Court Trial | | | |
| ☒ By Court  ☐ On Stipulation  ☒ Defendant Did Not Appear at Trial | | | |

**JUDGMENT**

1. ☐ **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. ☐ **Clerk's Judgment** (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
   e. ☐ **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
      (1) ☐ plaintiff's testimony and other evidence.
      (2) ☐ plaintiff's written declaration (Code Civ. Proc., § 585(d)).

2. ☐ **ON STIPULATION**
   a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and
   b. ☐ the signed written stipulation was filed in the case.
   c. ☐ the stipulation was stated in open court  ☐ the stipulation was stated on the record.

3. ☒ **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on *(date and time):* May 12, 2010
      before *(name of judicial officer):* Commissioner Kathleen Jacobs
   b. Appearances by:
      ☒ Plaintiff *(name each):*
      (1) First National Bank of Omaha
      (2)
      ☐ Continued on Attachment 3b.

      ☐ Defendant *(name each):*
      (1)
      (2)
      ☐ Continued on Attachment 3b.

      ☒ Plaintiff's attorney *(name each):*
      (1) John Farmer
      (2)

      ☐ Defendant's attorney *(name each):*
      (1)
      (2)

   c. ☒ Defendant did not appear at trial. Defendant was properly served with notice of trial.
   d. ☐ A statement of decision (Code Civ. Proc., § 632)  ☐ was not  ☐ was  requested.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
JUD-100 [New January 1, 2002]

**JUDGMENT**

Code of Civil Procedure, §§ 585, 664.6

American LegalNet, Inc.
www.USCourtForms.com

| PLAINTIFF: FIRST NATIONAL BANK OF OMAHA, a National Banking Association<br>DEFENDANT: LOUIS SAPANARO, an individual | CASE NUMBER:<br>HEC032969 |
|---|---|

JUDGMENT IS ENTERED AS FOLLOWS BY: [X] THE COURT ☐ THE CLERK

4. ☐ **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is

a. [X] for plaintiff (name each):
   FIRST NATIONAL BANK OF OMAHA, a National Banking Association

   and against defendant (names):
   LOUIS SAPANARO, an individual

   ☐ Continued on Attachment 5a.

b. ☐ for defendant (name each):

c. ☐ for cross-complainant (name each):

   and against cross-defendant (name each):

   ☐ Continued on Attachment 5c.

d. ☐ for cross-defendant (name each):

6. **Amount.**

a. [X] Defendant named in item 5a above must pay plaintiff on the complaint:

| | | |
|---|---|---|
| (1) [X] | Damages | $16514.27 |
| (2) [X] | Prejudgment interest at the annual rate of 10.0000 % | $2508.60 |
| (3) [X] | Attorney fees | $800.00 |
| (4) [X] | Costs | $397.00 |
| (5) ☐ | Other (specify): | $0.00 |
| (6) | TOTAL | $ 20219.87 |

c. ☐ Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint:

| | | |
|---|---|---|
| (1) ☐ | Damages | $ |
| (2) ☐ | Prejudgment interest at the annual rate of % | $ |
| (3) ☐ | Attorney fees | $ |
| (4) ☐ | Costs | $ |
| (5) ☐ | Other (specify): | $ |
| (6) | TOTAL | $ |

b. ☐ Plaintiff to receive nothing from defendant named in item 5b.
   ☐ Defendant named in item 5b to recover costs $ ☐ and attorney fees $

d. ☐ Cross-complainant to receive nothing from cross-defendant named in item 5d.
   ☐ Cross-defendant named in item 5d to recover costs $ ☐ and attorney fees $

7. ☐ Other (specify):

Date: 8/2/10

☐ _____
JUDICIAL OFFICER

Date: _____

☐ Clerk, by _____, Deputy

| (SEAL) | **CLERK'S CERTIFICATE** (Optional) |
|---|---|
| | I certify that this is a true copy of the original judgment on file in the court. |
| | Date: |
| | Clerk, by _____, Deputy |

JUD-100 [New January 1, 2002]      **JUDGMENT**

# EXHIBIT E

EJ-001

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State bar number, and telephone number):*

Recording requested by and return to:

THE DUNNING LAW FIRM
Donald T. Dunning (#144665)
James MacLeod (#249145)
4545 Murphy Canyon Dr., Suite 200, San Diego, CA 92123

[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  RIVERSIDE
STREET ADDRESS: 800 NORTH STATE STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: HEMET CA 92543
BRANCH NAME: HEMET DIVISION

PLAINTIFF: FIRST NATIONAL BANK OF OMAHA

DEFENDANT: LOUIS SAPANARO, AN INDIVIDUAL;

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**    [ ] Amended

DOC # 2010-0433301
09/09/2010 08:00A Fee:18.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|------|------|-----|------|
| / | / | | 2 | | | | | | |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
| | | | | | | | T: | CTY | UNI | 065 |

CASE NUMBER:
HEC032969

FOR COURT USE ONLY

M 065

1. The [X] judgment creditor [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's

   Name and last known address

   Louis Sapanaro,
   An Individual
   520 Lanier Street
   Hemet CA 92543-6163

   b. Driver's license no. [last 4 digits] and state:    [X] Unknown
   c. Social security no. [last 4 digits]:    6038    [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or
      mailed to *(name and address):*    LOUIS SAPANARO, an individual
      520 Lanier Street, Hemet CA 92543-6163

2. [ ] Information on additional judgment
   debtors is shown on page 2.

3. Judgment creditor *(name and address):*

   FIRST NATIONAL BANK OF OMAHA, a National Banking Association
   4545 Murphy Canyon Road, Suite 200, San Diego, CA 92123

   Date: August 10, 2010
   James MacLeod
   *(TYPE OR PRINT NAME)*

4. [ ] Information on additional judgment
   creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ *(signature)*
   *(SIGNATURE OF APPLICANT OR ATTORNEY)*

6. Total amount of judgment as entered or last renewed:
   $ 20219.87

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date)*    August 5, 2010
   b. Renewal entered on *(date):*

9. [ ] This judgment is an installment judgment.

10. [ ] An [X] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $ 0.00
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until
       *(date):*

12. a. [X] I certify that this is a true and correct abstract of
       the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

This abstract issued on *(date):*
AUG 1 3 2010

Clerk, by  DS Jagdram  , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190
[American LegalNet, Inc.]

Page 1 of 2    Requested By: arleneplacencia, Printed: 1/30/2020 4:14 PM

| PLAINTIFF: FIRST NATIONAL BANK OF OMAHA | CASE NUMBER:<br>HEC032969 |
|---|---|
| DEFENDANT: LOUIS SAPANARO, AN INDIVIDUAL; | |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address)*:

14. Judgment creditor *(name and address)*:

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.           Name and last known address

17.           Name and last known address

Driver's license no. [last 4 digits]
and state:                                    ☐ Unknown

Social security no. [last 4 digits]:          ☐ Unknown

Summons was personally served at or mailed to *(address)*:

Driver's license no. [last 4 digits]
and state:                                    ☐ Unknown

Social security no. [last 4 digits]:          ☐ Unknown

Summons was personally served at or mailed to *(address)*:

18.           Name and last known address

19.           Name and last known address

Driver's license no. [last 4 digits]
and state:                                    ☐ Unknown

Social security no. [last 4 digits]:          ☐ Unknown

Summons was personally served at or mailed to *(address)*:

Driver's license no. [last 4 digits]
and state:                                    ☐ Unknown

Social security no. [last 4 digits]:          ☐ Unknown

Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2

Requested By: arleneplacencia, Printed: 1/30/2020 4:14 PM

Doc: RV:2010 00433301~06065

# EXHIBIT F

JUL 2 7 2020

EJ-190

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*: |
| After recording, return to: |
| Donald T. Dunning 144665 James MacLeod 249145 |
| **The Dunning Law Firm APC** |
| **4545 Murphy Canyon Rd Suite 200** |
| **San Diego CA 92123** |
| TEL NO: (858) 974-7600   FAX NO. *(optional)*: (858) 974-7601 |
| E-MAIL ADDRESS *(Optional)*: ddunning@dunninglaw.com |
| [X] ATTORNEY FOR   [ ] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **RIVERSIDE**
STREET ADDRESS: **30755-D AULD ROAD**
MAILING ADDRESS: **SAME**
CITY AND ZIP CODE: **MURRIETA, CA 92563**
BRANCH NAME: **SOUTHWEST JUSTICE CENTER**

PLAINTIFF: **FIRST NATIONAL BANK OF OMAHA, a National Banking Association**
DEFENDANT: **LOUIS SAPANARO, an individual**

FOR RECORDER'S USE ONLY

CASE NUMBER:
**HEC032969**

**APPLICATION FOR AND RENEWAL OF JUDGMENT**

FOR COURT USE ONLY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

JUL 27 2020

B. Shorter

[X] Judgment creditor
[ ] Assignee of record
applies for renewal of the judgment as follows:

1. Applicant *(name and address)*:
   FIRST NATIONAL BANK OF OMAHA
   c/o THE DUNNING LAW FIRM APC
   4545 MURPHY CANYON RD, #200, SAN DIEGO, CA 92123

2. Judgment debtor *(name and last known address)*:
   LOUIS SAPANARO
   520 LANIER STREET
   HEMET, CA 92543

3. Original judgment
   a. Case number *(specify)*: HEC032969
   b. Entered on *(date)*: 8/5/2010
   c. Recorded:
      (1) Date: 9/9/2010
      (2) County: RIVERSIDE
      (3) Instrument No.: 2010-0433301

4. [ ] Judgment previously renewed *(specify each case number and date)*:

5. [X] Renewal of money judgment
   a. Total judgment ................................. $          20,219.87
   b. Costs after judgment ....................... $             190.00
   c. Subtotal *(add a and b)* ................. $          20,409.87
   d. Credits after judgment ................... $               0.00
   e. Subtotal *(subtract d from c)* ....... $          20,409.87
   f. Interest after judgment ................... $          20,073.90
   g. Fee for filing renewal application ... $              45.00
   h. Total renewed judgment *(add e, f, and g)* $     40,528.77
   i. [ ] The amounts called for in items a-h are different for each debtor.
      These amounts are stated for each debtor on Attachment 5.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-190 [Rev. July 1, 2014]
**APPLICATION FOR AND RENEWAL OF JUDGMENT**
Code of Civil Procedure, § 683.140

CEB | Essential Forms
ceb.com

**VIA FAX FILE**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| FIRST NATINAL BANK v. LOUIS SAPANARO | HEC032969 |

6. ☐ Renewal of judgment for ☐ possession.
☐ sale.

   a. ☐ If judgment was not previously renewed, terms of judgment as entered:

   b. ☐ If judgment was previously renewed, terms of judgment as last renewed:

   c. ☐ Terms of judgment remaining unsatisfied:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 13 , 2020

Donald T. Dunning
          (TYPE OR PRINT NAME)                                (SIGNATURE OF DECLARANT)

EJ-195

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

Donald T. Dunning 144665 James MacLeod 24914    (858) 974-7600
(858) 974-7601

The Dunning Law Firm APC
4545 Murphy Canyon Rd Suite 200
San Diego CA 92123

ATTORNEY FOR *(Name)*: FIRST NATIONAL BANK OF OMAHA

NAME OF COURT: SUPERIOR COURT OF CALIFORNIA- RIVERSIDE
STREET ADDRESS: 30755-D AULD ROAD
MAILING ADDRESS: SAME
CITY AND ZIP CODE: MURRIETA, CA 92563
BRANCH NAME: SOUTHWEST JUSTICE CENTER

PLAINTIFF: FIRST NATIONAL BANK OF OMAHA, a National Banking Associati

DEFENDANT: LOUIS SAPANARO, an individual

**F I L E D**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

**JUL 27 2020**

B. Shorter

| NOTICE OF RENEWAL OF JUDGMENT | CASE NUMBER: |
|---|---|
| | HEC032969 |

TO JUDGMENT DEBTOR *(name)*:

LOUIS SAPANARO

1. This renewal extends the period of enforceability of the judgment until 10 years from the date the application for renewal was filed.

2. If you object to this renewal, you may make a motion to vacate or modify the renewal with this court.

3. You must make this motion within  30 days after service of this notice on you.

4. A copy of the *Application for and Renewal of Judgment*  is attached  *(Cal. Rules of Court, rule 3.1900).*

Date: JUL 27 2020                                    Clerk, by _____, Deputy

[SEAL]



| See CCP 683.160 for information on method of service |
|---|

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
EJ-195 (Rev. January 1, 2007)

**NOTICE  OF  RENEWAL OF JUDGMENT**

Code of Civil Procedure, § 683.160
www.courtinfo.ca.gov

CEB Essential Forms
ceb.com

# EXHIBIT G

RECORDING REQUESTED BY

NAME: THE DUNNING LAW FIRM, APC

WHEN RECORDED MAIL TO:

NAME:   The Dunning Law Firm APC

ADDRESS:   9619 Chesapeake Dr., Ste. 210

CITY / STATE / ZIP:   San Diego, CA 92123

(DOCUMENT WILL ONLY BE RETURNED TO NAME & ADDRESS IDENTIFIED ABOVE)

**2021-0212097**

04/05/2021 03:24 PM Fee: $ 118.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

| 3 | | | | | R | A | Exam: | 821 | |
|---|---|---|---|---|---|---|---|---|---|
| Page | DA | PCOR | Misc | Long | RFD | 1st Pg | Adtl Pg | Cert | CC |
| 3 | ( | | | | / / | | | | |
| SIZE | NCOR | SMF | NCHG | T: | | | SB2 | NOTICE SENT | |

118

## ABSTRACT OF JUDGMENT
### (DOCUMENT TITLE)

SEPARATE PAGE, PURSUANT TO CA. GOV'T. CODE 27361.6

DOC #2021-0212097  Page 2 of 3

EJ-001

FEB 0 3 2021

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*
After recording, return to:

THE DUNNING LAW FIRM APC
Donald T. Dunning (#144665)
James MacLeod (#249145)
9619 Chesapeake Dr., Ste 210, San Diego, CA 92123
Telephone: (858) 974-7600  Facsimile: (858) 974-7601

TEL NO.: ___  FAX NO. *(optional):* ___

E-MAIL ADDRESS *(Optional):*

[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** RIVERSIDE
**STREET ADDRESS:** 30755-D AULD ROAD
**MAILING ADDRESS:** SAME
**CITY AND ZIP CODE:** MURRIETA, CA 92563
**BRANCH NAME:** SOUTHWEST JUSTICE CENTER

**FOR RECORDER'S USE ONLY**

**PLAINTIFF:** FIRST NATIONAL BANK OF OMAHA, a National Banking Association

**DEFENDANT:** LOUIS SAPANARO, an individual

**CASE NUMBER:**
HEC032969

| **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS** | [X] Amended |
|---|---|

**FOR COURT USE ONLY**

1. The [X] judgment creditor  [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
   
   Name and last known address

   > LOUIS SAPANARO
   > AN INDIVIDUAL
   > 520 LANIER STREET
   > HEMET CA 92543-6163

   b. Driver's license no. [last 4 digits] and state:                [X] Unknown
   c. Social security no. [last 4 digits]: 6038                      [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      LOUIS SAPANARO, an individual
      520 Lanier Street, Hemet CA 92543-6163

2. [ ] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   FIRST NATIONAL BANK OF OMAHA, a National Banking Association
   9619 Chesapeake Dr., Suite 210, San Diego, CA 92123

   Date: February 4, 2021

   Donald T. Dunning
   _____
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.

5. [X] Original abstract recorded in this county: RIVERSIDE
   a. Date: September 9, 2010
   b. Instrument No.: 2010-0433301

   _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 40,528.77

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):* August 5, 2010
   b. Renewal entered on *(date):* July 27, 2020

9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):*
MAR 1 2 2021

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $ 0.00
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

    Clerk, by _____, Deputy
    J. RANDLE

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Legal Solutions

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

| PLAINTIFF: FIRST NATIONAL BANK OF OMAHA, a National Banking Association | COURT CASE NO.: |
|---|---|
| DEFENDANT: LOUIS SAPANARO, an individual | HEC032969 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown
Social security no. [last 4 digits]:
☐ Unknown
Summons was personally served at or mailed to *(address):*

17.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown
Social security no. [last 4 digits]:
☐ Unknown
Summons was personally served at or mailed to *(address):*

18.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown
Social security no. [last 4 digits]:
☐ Unknown
Summons was personally served at or mailed to *(address):*

19.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown
Social security no. [last 4 digits]:
☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2

# EXHIBIT H

CALIBER HOME LOANS

NMLS ID 15622

RETURN SERVICE ONLY
Please do not send mail to this address
PO Box 619063
Dallas TX 75261-9063

**Mortgage Statement**

Statement Date: 07/13/2021

If you have questions or concerns about your statement, please contact our Customer Service Department at 800-401-6587, Mon - Fri between the hours of 8 am and 8 pm CT, Sat between the hours of 8 am and 12 pm CT, excluding federal holidays, or by logging in to your account at myaccount.caliberhomeloans.com and selecting "Contact Us."

4-759-12157-0005199-001-000-000-000-000

SANDRA SAPANARO
LOUIS SAPANARO
43257 BABCOCK AVE
HEMET CA 92544-1706

| Account Number | 9759216253 |
|---|---|
| Payment Due Date | 08/01/21 |
| **Amount Due** | **$2,229.81** |

*If payment is received after 08/16/21, a $72.87 late fee will be charged.*

Property Address: 43257 BABCOCK AVE
HEMET CA 925441706

| Account Information | |
|---|---|
| Outstanding Principal | $342,102.03 |
| Interest Rate | 4.62500% |
| Prepayment Penalty | No |
| Total Deferred Balance | $0.00 |
| Total Lender Advance Balance | $5.00 |
| Maturity Date | 06/01/2049 |
| Current Escrow Balance | $1,490.68 |

| Explanation of Amount Due | |
|---|---|
| Principal | $503.37 |
| Interest | $1,318.52 |
| Escrow (Taxes, Insurance, or PMI/MIP) | $402.92 |
| Ancillary | $0.00 |
| **Regular Monthly Payment** | **$2,224.81** |
| Past Due Amount | $0.00 |
| Total Fees Charged | $5.00 |
| Uncollected Late Charges | $0.00 |
| **Total Amount Due** | **$2,229.81** |

| Thinking about refinancing or purchasing a home? |
|---|



**Caliber Home Loans**
855-801-1368
ConsumerDirect@CaliberHomeLoans.com

See Back for Details

| Past Payments Breakdown: | Recently Paid | Paid Year-To-Date |
|---|---|---|
| Principal | $501.44 | $3,469.91 |
| Interest | $1,320.45 | $9,283.32 |
| Escrow (Taxes, Insurance, or PMI/MIP) | $402.92 | $2,907.71 |
| Fees | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Unapplied Balance | $0.00 | $0.00 |
| **Total** | **$2,224.81** | **$15,660.94** |

| Important Messages |
|---|

If you have been impacted by COVID-19, we would like to assist you. Please visit https://myaccount.caliberhomeloans.com/Home or contact us at 1-800-401-6587. Please be advised you may experience longer wait times due to high call volumes.

As you have elected our automated payment program, the amount due will be deducted from your elected bank account on the due date listed. Do not send a check and please note your records accordingly.

**Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account unless your loan is current, prepaid, or a daily simple interest loan. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

**Payment processing cutoff time is Noon, 12:00pm CST Monday thru Friday. Payments received after Noon, 12:00pm CST will be processed the next business day.**

| Transaction Activity (06/15/21 - 07/13/21) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Transaction Description | Transaction Amount | Principal | Interest | Escrow | OPT/INS | Late Charges | Unapplied Funds | Fees |
| 07-13-2021 | Mortgage Payment | $2,224.81 | $501.44 | $1,320.45 | $402.92 | $0.00 | $0.00 | $0.00 | $0.00 |

PLEASE WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK AND RETURN THE BOTTOM PORTION

| Account Number | Regular Payment | Past Due | Amount Due by 08/01/21 |
|---|---|---|---|
| 9759216253 | $2,224.81 | $0.00 | **$2,229.81** |
| | | | *If payment is received after 08/16/21, $72.87 late fee will be charged.* |

SANDRA SAPANARO
LOUIS SAPANARO
43257 BABCOCK AVE
HEMET CA 92544-1706

CALIBER HOME LOANS, INC.
P.O. BOX 650856
DALLAS, TX 75265-0856

Your account is currently setup for ACH payments

| Additional Principal | $ | . |
|---|---|---|
| Additional Escrow | $ | . |
| Total Enclosed | $ | . |

## IMPORTANT MORTGAGE LOAN SERVICING INFORMATION

| **Payments:** | **Payments - Overnight:** | **Fax Numbers:** | **Questions about Tax:** |
|---|---|---|---|
| P.O. Box 650856 | Caliber Home Loans | Fax payoff requests: 1–405-608-2003 | Phone: 1-844-815-6406 |
| Dallas, TX 75265-0856 | Attn: Lockbox Operations 650856 | | P.O. Box 9209 |
| | 2701 East Grauwyler Rd., BLDG 1 | | Coppell, TX 75019-9210 |
| | Irving, TX 75061 | | |
| **Correspondence Address:** | **Questions about Property Insurance:** | **Questions about Mortgage Insurance:** | Spanish to English 7-1-1 or 1-888-777-5861 |
| P.O. Box 24610 | Phone: 1-866-825-9268 | P.O. Box 272556 | TTY to Voice 7-1-1 or 1-800-735-2989 |
| Oklahoma City, OK 73124 | P.O. Box 7731 | Oklahoma City, OK 73137-2556 | |
| | Springfield, OH 45501 | | |

Notices of Error, Credit Disputes, Requests for Information or Qualified Written Requests must be sent to: P.O. Box 270415, Oklahoma City, OK 73137. Please include your specific concern or question and account number.

Oregon Borrowers: The Oregon Division of Financial Regulation (DFR) oversees residential mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, contact your servicer at 800-401-6587. To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at 888-877-4894 or visit dfr.oregon.gov.

Caliber Home Loans, Inc. is a mortgage servicer registered with the Superintendent of the NY Department of Financial Services. If you are a customer whose property is located in the state of NY, you may file a complaint and obtain further information about Caliber Home Loans by contacting the New York State Department of Financial Services Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

Caliber utilizes third-party providers in connection with the servicing of your loan. Caliber remains responsible for all actions taken by the third-party providers.

## IMPORTANT PAYMENT INFORMATION

**Payment Options:** Caliber Home Loans, Inc. provides you the following options for making your loan payments.
- Mail: P.O. Box 650856, Dallas, TX 75265-0856
- Pay-by-phone : 1-800-401-6587
- One Time ACH – Online: www.CaliberHomeLoans.com
- AutomaticDeduction: Recurring ACH enroll at www.CaliberHomeLoans.com

**Online Services:** Caliber Home Loans, Inc. offers a variety of online services to help you better manage your mortgage loan including:
- Payments
- Electronic Statements
- "Notify Me" Alerts

You can also view your loan payment history, principal balance, interest rate and account activity. Simply visit www.CaliberHomeLoans.com and select "Customer Login" from the home page. For further assistance, please contact us at 1-800-401-6587.

**Payment Information:** Additional Amount: Please designate how you want additional funds to be applied; we will apply them as directed provided your account is current. If your account is current, undesignated funds will be applied per the terms of your mortgage loan documents. Regardless of the account status, principal prepayments will only be applied to your account if your contract allows for prepayments.

Your payment is credited on the day it is received at our payment center. It is not credited the day it is postmarked. Payments made by check are processed electronically by using the information from your check. By payments by check authorize us to create a one-time electronic funds transfer and process the payment as either a paper check or electronic draft. The check will not be returned to you. If the check does not clear at the time it is presented for processing, we may attempt to withdraw funds from your account electronically one or more times. Allowable fees may apply for returned or rejected payments.

Notice of Negative Information: We may report information about your account to the Credit Bureaus. Late payment, missed payments, other defaults, or bankruptcy filing on your account may be reflected in your credit report.

## INSURANCE/PROPERTY TAX INFORMATION

**Insurance Requirements:** The terms of your loan require that you maintain homeowner's insurance coverage. We suggest that you consult your insurance company to determine these coverage amounts. Flood Insurance is required for all properties located in a Special Flood Hazard Area as designated by FEMA. Policy Information: To protect our mutual interests, the mortgage clause of your policy must include the following: Caliber Home Loans ISAOA, P.O. Box 7731, Springfield, OH 45501. You may also mail or fax a copy of the declaration page to our office (Fax # 1-937-525-4120). For insurance questions you can reach our Insurance Department at 1-866-825-9268.

**Property:** In the event of damage to your home, notify your insurance agent. After the claim has been filed, please contact us at 1-866-940-2335 so that we may guide you through this process. You can also write to us at Insurance Claims, Caliber Home Loans, PO Box 6501, Springfield, OH 45501-6501.

**Loans with Escrowed Tax:** For Tax questions call 1-844-815-6406. If your property taxes are paid from an escrow account with us and you receive a tax bill, please forward the bill immediately to the following address: Caliber Home Loans, Inc., P.O. Box 9209, Coppell, TX 75019-9210. Please be sure to write your loan number on the bill. You may also fax current tax bills to our Tax Department at 1-509-797-8974. Evidence of payment for delinquent taxes should be faxed to 817-826-1258.

## FEE SCHEDULE (UNLESS LIMITED BY STATE LAW)*

| | | | | | |
|---|---|---|---|---|---|
| Appraisal Fee (up to): | $1,200.00 | Late Fees: | Varies | Release / Reconveyance Fee (up to): | $600.00 |
| Assumption Fee (up to): | $900.00 | Partial Release (up to): | $500.00 | Returned Check Fee: | Varies |
| Bankruptcy Attorney Fees: | Varies | Policeman, Fireman, | | Subordination (up to): | $250.00 |
| Brokers Price Opinion (up to): | $250.00 | Rescue Services (up to): | $30.00 | Title Search (up to): | $500.00 |
| | | Prepayment Penalty: | Varies | Vacant Property Registration (up to): | $11,000.00 |
| CEMA Document Fee (Non-Caliber to Caliber): | $300.00 | Property Inspection (up to): | $110.00 | | |
| Fax Fee: | $5.00 | Property Preservation: | Varies | *May be subject to change | |
| Foreclosure Attorney Fees: | Varies | Recast (up to): | $250.00 | | |

Other fees may apply. For complete list visit our website at www.CaliberHomeLoans.com

## MORTGAGE COUNSELING AND ASSISTANCE AND BANKRUPTCY NOTICE

**Mortgage Counseling and Assistance:** If you would like counseling or assistance, you can find a list of counselors in your area on the U.S. Department of Housing and Urban Development's website at www.hud.gov or call 1-800-569-4287.

**Automated Account Information:** Account information is easy to access through Caliber Home Loans, Inc. Automated Phone Service by calling 800-401-6587. Please have your loan number and your Social Security Number to access this convenient service. Automated information is available 24/7.

**Bankruptcy Notice:** Please note that notwithstanding anything herein to the contrary, in the event you are subject to an "Automatic Stay" issued by a United States Bankruptcy court, this communication is not intended to collect, assess, or recover a debt. In the event the referenced debt has been discharged in bankruptcy, this communication is not intended to collect, recover, or offset any such debt as a personal liability to you. Please be advised that this communication constitutes neither a demand for payment nor a notice of personal liability. However, unless the bankruptcy court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired. This means that, unless otherwise ordered by the bankruptcy court, if the requirements of the loan document are not met and the "Automatic Stay" is no longer in effect, we can pursue whatever remedy rights we hold in the property pursuant to the security agreement, such as the right to foreclose. This notice is not intended as legal advice and you should consult your lawyer if you have any legal questions about your rights.

This is an attempt by a debt collector to collect a debt and any information obtained will be used for that purpose.

**IMPORTANT REFINANCE/PURCHASE INFORMATION**

Caliber Home Loans, Inc., 1525 S. Beltline Rd Coppell, TX 75019 NMLS ID #15622 (www.nmlsconsumeraccess.org). 1-800-401-6587. This is not an offer to enter into an agreement. Not all customers will qualify. Information, rates, and programs are subject to change without prior notice. All products are subject to credit and property approval. Not all products are available in all states or for all dollar amounts. Other restrictions and limitations apply. Caliber Home Loans, Inc. is required to disclose the following license information: Alaska Mortgage Lender License No. AK 15622; Arizona Mortgage Banker License No. 0923637; Licensed by The Department of Corporations under the California Residential Mortgage Lending Act, Finance Lender Licensee; CO: Regulated by the Division of Real Estate; DE: Licensed by the Delaware State Bank Commissioner, License 5202 expires 12/31; Georgia Residential Mortgage Lender License No. 7330; Illinois: For licensing information, go to: www.nmlsconsumeraccess.org.; Kansas-licensed mortgage company, License Number SL.0000796; Massachusetts: Lender, License ML15622; Minnesota: MN-MO-40149066, This is not an offer to enter into an agreement. Any such offer may only be made in accordance with the requirements of Minn. Stat. Section 47.206 (3) and (4); Licensed by the Mississippi department of Banking and Consumer Finance; Montana MortgageLender License No. 15622; Licensed by the New Hampshire Banking Department; NV: 3753 Howard Hughes Parkway, Suite 257, Las Vegas, NV 89169, (702) 784-5975; Licensed mortgage banker n.s.–N.J. Department of Banking; LicensedMortgage Banker-NYS Department of Financial Services; Ohio MBMB.850184.000; Oregon Mortgage Lender License ML-324; Rhode Island Licensed Lender; Washington Consumer Loan Company License No. CL-15622.



You may update your personal information by visiting our website at
www.CaliberHomeLoans.com or call 1-800-401-6587.



# Rates are extremely low! Refinancing
# may help you meet your financial goals.

- Lower your mortgage rate
- Own your home faster with a shorter term
- Save on your monthly payment
- Pay down high-interest debt!

Rates can change daily, you should take advantage while they're at historic lows.

Since you're already a Caliber customer, **we'll waive our lender fee.**



759-3106-0521F

## CALL 855-282-9750 TO GET STARTED.

*See reverse side for important disclaimers.



**Fannie Mae**
**STAR™ Performer**
**Servicing Award Winner**
2015, 2016, 2017, 2018, 2019

4.9 ★★★★★ 2,156 Google reviews
Mortgage lender rating as of 05/17/20.

**CALIBER'S CLEAR CUSTOMER COMMITMENT.** We want you as a Customer for life, which is why we created the Caliber CLEAR Customer Commitment. As a Leading Lender, we promise to Educate you and be Accessible to you so we can build a Relationship with you.

By refinancing your existing loan, your total finance charges may be higher over the life of the loan.

Caliber Home Loans, Inc., 1525 South Belt Line Rd., Coppell, TX 75019 (NMLS#15622) (www.nmlsconsumeraccess.org). 1-800-621-1426. Copyright© 2019. All Rights Reserved. This is not an offer to enter into an agreement. Not all customers will qualify. Information, rates, and programs are subject to change based on marketer conditions. All products are subject to credit and property approval. Not all products are available in all states or for all dollar amounts. Other restrictions and limitations apply. Caliber Home Loans, Inc. is required to disclose the following license information: Alaska Mortgage Lender License No. AK15622; Arizona Mortgage Banker License No 0923637; Licensed by The Department of Business Oversight under the California Residential Mortgage Lending Act, Finance Lender Licensee; CO, Regulated by the Division of Real Estate; DE; Licensed by the Delaware State Bank Commissioner, License 5202 expires 12/31; Georgia Residential Mortgage Lender License No 7330; Illinois Residential Mortgage Licensee No. MB.0004043, by the Illinois Division of Banking, 320 West Washington St., Springfield, IL 62786, (217) 782-3000; Kansas-licensed mortgage company, License Number SL.0000796; Massachusetts; Lender License ML15622; Minnesota: MN-MO-4014906, This is not an offer to enter into an agreement. Any such offer may only be made in accordance with the requirements of Minn. Stat. Section 47.206 (3) and (4); Licenses by the Mississippi Department of Banking and Consumer Finance; Missouri Branch NMLS ID 1645570; Montana Mortgage Lender License No. 15622; Licensed by the New Hampshire Banking Department; NV: 3753 Howard Hughes Parkway, Suite 257, Las Vegas, NV 89169, (702) 784-5975; Licensed mortgage banker n.s.--NJ Department of Banking; Licensed Mortgage Banker-NYS Department of Financial Services; Ohio MBMB.850184.000; Oregon Mortgage Lender License ML-324; Rhode Island Licensed Lender; VA NMLS 15622 (www.nmlsconsumeraccess.org); Washington Consumer Loan Company License No. CL-15622.

759-3107-0521B

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

The Ashcraft Firm
29970 Technology DRive, Suite 217, Murrieta, CA 92563

A true and correct copy of the foregoing document entitled: **DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __08/17/2021__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Karl T. Anderson, Chapter 7 Trustee, 2edansie@gmail.com
Valerie Smith with PRA Receivavles Management LLC, claims@recoverycorp.com
US Trustee (RS), ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**
On (*date*) __08/17/2021__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Hon. Mark D. Houle, USBC, 3420 Twelfth Street, Suite 125, Riverside, CA 92501

Louis and Sandra Sapanaro, 43257 Babcock Avenue, Hemet, CA 92544

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 8/17/2021 | Joselina Medrano, SBN 165951 | *(signature)* |
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                                    Page 5                          **F 4003-2.1.AVOID.LIEN.RP.MOTION**

**SERVED BY UNITED STATES MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
*(Attached page to Proof of Service of Document-please include any additional or alternative addresses and attach additional pages if needed)*
*(Certified Mail required for service on a national bank.)*

| 1st lienholder *(name and address)* | Address from: | Delivery Method |
|---|---|---|
| Atty. Greg Smallwood, EVP and General Counsel<br>Caliber Home Loans<br>1525 S. Belt Line Road<br>Coppell, TX 75019 | ☐ Proof of claim ☒ Secretary of State<br>☐ FDIC website ☒ Other *(specify)*:<br><br>Caliber Home Loans corporate website | ☒ United States mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |
| 1st lienholder *(name)* and Agent for Service of Process *(name and address)*<br>Caliber Home Loans<br>c/o C T Corporation System, Agent for Service of Process<br>28 Liberty Street<br>New York, NY 10005 | Address from:<br>☐ Proof of claim ☒ Secretary of State<br>☐ FDIC website ☐ Other *(specify)*: | Delivery Method<br>☒ United States mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |
| 1st lienholder *(name)* and Servicing Agent *(name and address)* | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other *(specify)*: | Delivery Method<br>☐ United States mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____<br>_____ |

| 2nd lienholder *(name and address)* | Address from: | Delivery Method |
|---|---|---|
| Clark D. Lauritzen, Chairman &President<br>First National Bank of Omaha<br>1601 Capitol Avenue<br>Omaha, NE 68102 | ☐ Proof of claim ☐ Secretary of State<br>☒ FDIC website ☒ Other *(specify)*:<br><br>First National Bank of Omaha website | ☐ United States mail<br>☒ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |
| 2nd lienholder *(name)* and Agent for Service of Process *(name and address)*<br>First National Bank of Omaha<br>Agent for Service of Process<br>1620 Dodge Street, Stop Code:3290<br>Omaha, NE 68197 | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☒ Other *(specify)*:<br><br>Corporate website; Customer Service phone call | Delivery Method<br>☐ United States mail<br>☒ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |
| 2nd lienholder *(name)* and Servicing Agent *(name and address)*<br>First National Bank of Omaha<br>c/o James MacLeod, Atty.<br>The Dunning Law Firm<br>4545 Murphy Canyon Drive, Suite 200<br>San Diego, CA 92123 | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☒ Other *(specify)*:<br><br>Court documents. | Delivery Method<br>☐ United States mail<br>☒ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                      Page 6                      **F 4003-2.1.AVOID.LIEN.RP.MOTION**

| 3rd lienholder (name and address) | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other (*specify*): | **Delivery Method**<br>☐ United States mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |
| 3rd lienholder (name) and Agent for Service of Process (name and address) | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other (*specify*): | **Delivery Method**<br>☐ United States mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |
| 3rd lienholder (name) and Servicing Agent (name and address) | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other (*specify*): | **Delivery Method**<br>☐ United States mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |

| Alternative/additional address<br>*(name and address)*<br><br>First National Bank of Omaha<br>c/o Donald T. Dunning, Atty.<br>9619 Chesapeake Drive, Suite 210<br>San Diego, CA 92123 | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☒ Other (*specify*):<br><br>Court documents | **Delivery Method**<br>☐ United States mail<br>☒ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |
| Alternative/additional address<br>*(name and address)* | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other (*specify*): | **Delivery Method**<br>☐ United States mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.